| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joseph R Manning Jr Esq SBN 223381<br>MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-200-8755   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Anthony Bouyer, an individual | **POS-010**<br>FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 350 W 1st Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles CA 90012
BRANCH NAME: Western Division

PLAINTIFF/PETITIONER: Anthony Bouyer, an individual

DEFENDANT/RESPONDENT: Midland Pacific LLC a California limited liability company

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER:<br>2:20 cv 02461 RGK-AGR<br>Ref. No. or File No.:<br>ADAA-049.103 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Notice of Assignment, Notice to Parties of Court Directed ADR Program, Certification and Notice of Interested Parties, Standing Order Notice to Parties ADA Disability Access Litigation Application for Stay and Early Mediation Proposed Order
3. a. Party served *(specify name of party as shown on documents served)*:

   Midland Pacific LLC a California limited liability company

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Toraq Pourshamtobi -Agent for Service

4. Address where the party was served:
   18517 Torres Pines Lanes Tarzana CA 91356

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 3/24/2020   at *(time)*: 2:13 PM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Tiza Pourshamtobi- Agent's co-occupant aauthorized to accept ( Middle Eastern female 55+ yrs old 160 lbs 5 4' black hair )
   
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [✓] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 3-25-20 from *(city)*: Anaheim CA or [ ] a declaration of mailing is attached.
   
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Anthony Bouyer, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Midland Pacific LLC a California limited liability company | 2:20 cv 02461 RGK-AGR |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: Midland Pacific LLC a California limited liability company
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)
      ☐ 416.20 (defunct corporation)
      ☐ 416.30 (joint stock company/association)
      ☐ 416.40 (association or partnership)
      ☐ 416.50 (public entity)
      ☐ 415.95 (business organization, form unknown)
      ☐ 416.60 (minor)
      ☐ 416.70 (ward or conservatee)
      ☑ 416.90 (authorized person)
      ☐ 415.46 (occupant)
      ☑ other: 17061 unp code LLC.

7. **Person who served papers**
  a. Name: Carlos Canas
  b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
  c. Telephone number: 949-305-9108
  d. **The fee** for service was: $ 69
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 4571
      (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 3/31/2020

Carlos Canas
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*(signature)* Carlos Canas
(SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2