Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
ANTHONY JAMES BOUYER

H. Joseph Nourmand (SBN 126925)
**H JOSEPH NOURMAND LAW OFFICES APC**
1801 Century Park East Suite 1830
Los Angeles, CA 90067
Tel: (213) 688-2888 Fax: (213) 688-2848

Attorneys for Defendant
MIDLAND PACIFIC, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND PACIFIC, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02461-JWH-AGR<br><br>Hon. John W. Holcomb<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 13, 2020<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

JOINT NOTICE OF SETTLEMENT
1

Plaintiff, ANTHONY BOUYER, and Defendant, MIDLAND PACIFIC, LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: November 10, 2020          **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorneys for Plaintiff,
      Anthony Bouyer

Dated: November 10, 2020          **H JOSEPH NOURMAND LAW OFFICES APC**

By:   */s/ H. Joseph Nourmand*
      H. Joseph Nourmand
      Attorney for Defendant,
      Midland Pacific, LLC

## CERTIFICATE OF SERVICE

I certify that on November 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: November 10, 2019          **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorneys for Plaintiff
      Anthony Bouyer

JOINT NOTICE OF SETTLEMENT
2